**Order entered August 7, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00197-CR

**GREGORY MOSES GUAJARDO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-11828-M**

## ORDER

The Court **REINSTATES** the appeal.

On July 10, 2015, we ordered the trial court to make findings regarding why the reporter's record has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and is represented by court-appointed counsel; (3) counsel timely requested preparation of the record; (4) Belinda Baraka is the court reporter who recorded the proceedings; (5) Ms. Baraka's explanation for the delay in filing the record is her workload; and (6) Ms. Baraka requested thirty days from the August 5, 2015 findings to file the reporter's record.

We **ORDER** Belinda Baraka, official court reporter of the 194th Judicial District Court, to file the reporter's record in this appeal by **SEPTEMBER 4, 2015**. We note that Ms. Baraka

has already been granted one thirty-day extension of time to file the reporter's record, and the record is now two months overdue. Accordingly, no further extensions will be granted. If the reporter's record is not filed by the date specified, we will utilize the remedies available to us to obtain the record, which may include ordering that Belinda Baraka not sit as a court reporter until the record is filed in this appeal.

We **DIRECT** the Clerk to send copies of this order to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Belinda Baraka, official court reporter, 194th Judicial District Court; and to counsel for all parties.


/s/    ADA BROWN
        JUSTICE